FILED
2011 SEP 20 PM 12: 10
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY____

MICHAEL D. DEMPSEY (State Bar No. 43310)
REBECCA A. ASUAN-O'BRIEN (State Bar No. 235646)
DEMPSEY & JOHNSON P.C.
1880 Century Park East, Suite 516
Los Angeles, California 90067-1605
Telephone: (310) 551-2300
Facsimile: (310) 551-2301

Attorneys for Plaintiff,
MARSEILLES CAPITAL, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CV11 07764 CAS JCGx

CASE NO.: Case #

**COMPLAINT FOR ENFORCEMENT OF** *Subpoena*

In Re MARSEILLES CAPITAL, LLC, a Florida corporation, v. GEROVA FINANCIAL GROUP, LTD, a Cayman Islands corporation.

S:\34388\002\RAOB091911 initial pleading.doc

1

Plaintiff Marseilles Capital, LLC ("Marseilles") complains and alleges as follows:

## JURISDICTION AND VENUE

1. This action arises out of a Florida action in which Marseilles obtained a judgment against Gerova Financial Group, LLC ("Gerova"). Jurisdiction is conferred upon this Court by 28 U.S.C. §§ 1332, 1367.

2. Venue lies in the Central District of California pursuant to 28 U.S.C. §§ 1391(b) on the ground that a substantial part of the events or omissions giving rise to the claim on which the action is based occurred herein, and alternatively on the grounds that the nonparty witness against whom Marseilles seeks to enforce a deposition subpoena in aid of enforcement of judgment resides in this judicial district.

## PARTIES TO THE ACTION

3. Plaintiff Marseilles Capital, LLC is now, and at all times mentioned in this Complaint was, a corporation operating and existing under the laws of the state of Florida.

4. Judgment debtor Gerova Financial Group, LLC is now, and at all times mentioned in this Complaint was, a corporation operating and existing under the laws of the Cayman Islands.

5. Non-party witness Eugene Scher ("Scher") is now, and at all times mentioned in this Complaint was, an individual residing in Calabasas, California. Scher is the Chief Operating Officer of judgment debtor Gerova.

## COMMON ALLEGATIONS

6. On May 12, 2011, Marseilles obtained a final judgment in the amount of $375,000 plus interest against Gerova in the United States District Court, Southern District of Florida, Ft. Lauderdale Division, Case No. 10-81294-CV-COHN-SELTZER.

7. On July 21, 2011, Marseilles issued a subpoena for deposition in aid of execution on Scher, Gerova's Chief Operating Officer. A true and correct copy of the

2

1  subpoena is attached hereto as Exhibit A.  Scher was personally served with the
2  deposition subpoena on July 28, 2011.
3      8.    On August 22, 2011, Scher's attorney contacted Marseilles and
4  unequivocally stated Scher would not appear for his deposition.  Scher did not file a
5  motion to quash or modify the deposition subpoena nor did he file a motion for a
6  protective order.
7      9.    Marseilles offered to accommodate Scher's schedule in resetting the
8  deposition but Scher refused to provide alternative dates for his deposition and
9  ignored Marseilles' efforts to informally reschedule the deposition.
10     10.   Scher did not file a motion to quash or modify the deposition subpoena
11  nor did he file a motion for a protective order.
12     11.   Scher disobeyed the deposition subpoena by refusing to appear on the
13  date commanded.  A statement of non-appearance was obtained when Scher did not
14  appear for his deposition on August 29, 2011.
15     12.   Marseilles continued its efforts to contact Scher's counsel in order to
16  obtain dates certain on which he would be available for deposition.  Scher's counsel
17  did not respond, thereby refusing to provide any dates or deal at all to Marseilles'
18  attempts to informally resolve this matter.

### CLAIM FOR RELIEF

20     13.   Marseilles hereby incorporates by reference and realleges all preceding
21  paragraphs of this Complaint as if fully set forth herein.
22     14.   Marseilles is informed and believes and thereupon alleges that Scher has
23  embarked upon a course of conduct to unlawful forestall Marseilles efforts to enforce
24  the judgment it obtained against Gerova by refusing to comply with a lawful subpoena
25  for deposition in aid of execution.
26     15.   By reason of Scher's refusal to comply with a valid subpoena or identify
27  any valid grounds for moving to quash or modify the subpoena or seek a protective
28  order, Marseilles has suffered damage and its collection efforts against Gerova have

3

S:\34388\002\RAOB091911 initial pleading.doc

been impeded.

16. Marseilles is informed and believes and thereupon alleges that unless a contempt citation and order to appear is issued by this Court, Scher will continue to thwart Marseilles' efforts to enforce its judgment against Gerova.

17. Although Marseilles obtained a judgment against Gerova in the Southern District of Florida, FRCP 45(e) provides that contempt proceedings against Scher are properly brought in the district court in which the subpoena was issued, here, the Central District of California.

## PRAYER FOR RELIEF

WHEREFORE, Marseilles prays for relief from this Court as follows:

1. For an order to show cause why Scher should not be held in contempt of court for refusing to comply with a lawfully issued subpoena for deposition in aid of execution;

2. For an order commanding Scher to appear for deposition;

3. For attorney's fees and costs of suit; and

4. Such other and further relief as this Court may deem proper and just.

DATED: September 19, 2011        DEMPSEY & JOHNSON P.C.

By: _____
MICHAEL D. DEMPSEY
REBECCA A. ASUAN-O'BRIEN
Attorneys for Plaintiff, MARSEILLES CAPITAL, LLC

4

# EXHIBIT A

Case 2:11-cv-07764-CAS -JCG   Document 1   Filed 09/20/11   Page 5 of 10   Page ID #:60

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE NO.: 10-81294CIV- COHN/SELTZER

SOUTHERN DISTRICT OF FLORIDA CASE NO.: 10-81294-CV-COHN/SELTZER

MARSEILLES CAPITAL, LLC,
a Florida corporation,

    Plaintiff,

vs.

GEROVA FINANCIAL GROUP, LTD.,
a Cayman Islands corporation,

    Defendant.
_____/

SUBPOENA FOR DEPOSITION IN AID
OF EXECUTION

TO: **EUGENE SCHER (a/k/a GENE SCHER)**
**24948 Lorenzo Court**
**Calabasas, CA 91302**

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case

| Place of Testimony: | Courtroom |
|---|---|
| | |

X YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| Place of Deposition: | Date and Time |
|---|---|
| US Legal Support<br>20970 Warner Center Lane, Suite C<br>Woodland Hills, CA 91367<br>Tel. (800) 993-4464 | August 29, 2011 @ 9:00 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| Place: | Date and Time |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below:

| Premises: | Date and Time |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Fed. R. Civ. P. 30 (b) (6).

| Issuing Officer Signature and Title (indicate if Attorney for Plaintiff or Defendant)<br>Daniel S. Rosenbaum, Esquire<br>Rosenbaum Mollengarden Janssen & Siracusa, PLC<br>Attorneys for Plaintiff | Date and Time<br>2:58 p.m. on July 21, 2011 [EST] |
|---|---|

ISSUING OFFICERS NAME, ADDRESS AND PHONE NUMBER:
Rosenbaum Mollengarden Janssen & Siracusa, PLC, 250 Australian Avenue South, Suite 500, West Palm Beach, FL 33401
Telephone No.: (561) 653-2900

| PROOF OF SERVICE | | | |
|---|---|---|---|
| SERVED | Date | PLACE | |
| SERVED ON (PRINT NAME) | | MANNER OF SERVICE | |
| SERVED BY (PRINT NAME) | | TITLE | |
| DECLARATION OF SERVER | | | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____                            _____
                DATE                                                                                    SIGNATURE OF SERVER

                                                                                                       _____
                                                                                                       ADDRESS OF SERVER


Rule 45 Federal Rules of Civil Procedure, Parts C & D

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS

    (1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.
    (2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person to the place of production or inspection unless commanded to appear for deposition, hearing or trial.

    (B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection to copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

    (3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
    (i) fails to allow reasonable time for compliance;
    (ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides is employed or regularly transacts in person, except that, subject to the provisions of clause (c) (3)(8)(iii) of this rule, such a person may

in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
    (iii) requires disclosure of privileged or other protected matter and no exceptions or waiver applies, or
    (iv) subject a person to undue burden.
    (B) If a subpoena
    (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
    (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
    (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial,

    the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA

    (1) A person responding to a subpoena to produce documents shall produce them as they are dept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

    (2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

21A8594

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Christina A. Snyder and the assigned discovery Magistrate Judge is Jay C. Gandhi.

The case number on all documents filed with the Court should read as follows:

**CV11- 7764 CAS (JCGx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

In Re: MARSEILLES CAPITAL, LLC, a Florida corporation

**DEFENDANTS**

In Re: GEROVA FINANCIAL GROUP, LTD, a Cayman Islands corporation

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Michael D. Dempsey (SBN 43310)
Dempsey & Johnson P.C., 1880 Century Park East, Suite 516
Los Angeles, CA 90067, (310) 551-2300

**Attorneys (If Known)**

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☒ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No        ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Complaint for enforcement of judgment.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☒ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | IMMIGRATION | ☐ 446 American with Disabilities - Other | | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

CV11 07764

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                          CIVIL COVER SHEET                          Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?   ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?   ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
   ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
   ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
   ☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Florida | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Cayman Islands | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _[signature]_   Date September 19, 2011

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |